UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHARON BRIDGEWATER,

        Plaintiff,

  v.

HAYES VALLEY LIMITED PARTNERSHIP
et al,

        Defendant.
                                         /

Case Number: CV10-00703 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sharon Bridgewater
12070 W. Outer Drive
Detroit, MI 48223

Dated: February 23, 2010

                                        Richard W. Wieking, Clerk
                                        By: Anthony Bowser, Deputy Clerk