UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>      Plaintiff,<br><br>  v.<br><br>HAYES VALLEY LIMITED et al,<br><br>      Defendant. | Case Number: CV09-3551 PJH<br><br>**CERTIFICATE OF SERVICE** |
| SHARON BRIDGEWATER,<br><br>      Plaintiff,<br><br>  v.<br><br>HAYES VALLEY LIMITED et al,<br><br>      Defendant. | Case Number: CV10-0703 SBA |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sharon Bridgewater
111 Preda Street
No. 7
San Leandro, CA 94577

Sharon Bridgewater
12070 W. Outer Drive
Detroit, MI 48223

Dated: March 5, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk