UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>    Plaintiff,<br><br>  vs.<br><br>HAYES VALLEY LIMITED PARTNERSHIP, et al.,<br><br>    Defendants. | Case No:  C 10-00703 SBA<br><br>**ORDER** |

On February 18, 2010, Plaintiff commenced the instant action against Defendants. Dkt. 1.  Under Rule 4(m) of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 120 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  On July 29, 2011, the Court directed Plaintiff to effect service on the Defendants within fourteen (14) days from the date she filed her second amended complaint.  Dkt. 111. On August 29, 2011, Plaintiff filed a second amended complaint, but failed to effect service on any Defendant within fourteen (14) days.  See Dkt. 119.  On February 14, 2012, the Court directed Plaintiff to effect service on Defendants within fourteen (14) days.  Id.  The Court warned Plaintiff that if she failed to timely serve Defendants, this action will dismissed without further notice.  Id.  To date, Plaintiff has not served any Defendant.

Accordingly,

IT IS HEREBY ORDERED THAT:

1. This action is DISMISSED without prejudice.

1  2. The Clerk shall close the file.

2  IT IS SO ORDERED.

3  Dated: 6/6/13

*[signature: Saundra B. Armstrong]*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BRIDGEWATER et al,

       Plaintiff,

  v.

HAYES VALLEY LIMITED PARTNERSHIP et al,

       Defendant.
_____/

Case Number: CV10-00703 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sharon Bridgewater
965 Mission Street
Suite 409
San Francisco, CA 94104

Dated: June 6, 2013

                        Richard W. Wieking, Clerk

                              By: Lisa Clark, Deputy Clerk